*Signed by:*
Marian F. Harrison
US Bankruptcy Judge

Dated: 8/21/2018



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>HOWARD WAYNE FINCH,<br><br>    Debtor. | Case No. 3:17-bk-03699<br>Chapter 13<br>Judge Mashburn |
| HOWARD WAYNE FINCH,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC and CENTEX HOME EQUITY LOAN TRUST 2002-A,<br><br>    Defendants. | Adversary No. 3:18-ap-90082 |

**AGREED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND CONTINUING PRETRIAL CONFERENCE**

This matter is before the Court on the Parties' Joint Motion to Extend Time for Nationstar Mortgage LLC ("Nationstar") and The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, N.A., f/k/a Bank One, National Association, as Trustee for Centex Home Equity Loan Trust 2002-A ("BNY Mellon") to Respond to the Complaint. The Parties are currently discussing settlement, and consent to an extension of time through and including September 21, 2018, for Nationstar and BNY Mellon to file its

1

Answer, or otherwise respond to the Complaint. Further, the Parties request that the pretrial conference, set for September 12, 2018, at 1:15pm, be continued to a date after September 21, 2018.

The Court finds that good cause has been shown, and the Motion is hereby **GRANTED**. Nationstar and BNY Mellon shall have through and including **September 21, 2018**, to respond to the Complaint. The Pretrial Conference is reset for September 26, 2018, at 1:15 p.m., in Courtroom Three, Customs House, 701 Broadway, Nashville, Tennessee 37203.

# # #

**CONSENTED TO:**

| | |
|---|---|
| */s/ Bret J. Chaness* | */s/ Keith D. Slocum (by BJC w/ permission)* |
| BRET J. CHANESS (BPR# 31643) | KEITH D. SLOCUM (BPR # 23024) |
| **RUBIN LUBLIN TN, PLLC** | **HARLAN, SLOCUM & QUILLEN** |
| 3145 Avalon Ridge Place, Suite 100 | 39B Public Square |
| Peachtree Corners, GA 30071 | P.O. Box 949 |
| (678) 281-2730 (Telephone) | Columbia, TN 38402 |
| (404) 921-9016 (Facsimile) | (931) 381-0660 (Telephone) |
| bchaness@rubinlublin.com | keith@robertharlan.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:18-ap-90082    Doc 16    Filed 08/21/18    Entered 08/21/18 11:55:15    Desc Main
Document      Page 2 of 2