_Marian F. Harrison_
Marian F. Harrison
US Bankruptcy Judge



Dated: 3/21/2019

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: | Case No. 3:17-bk-03699 |
| HOWARD WAYNE FINCH, | Chapter 13 |
|    Debtor. | Judge Mashburn |

|  |  |
|---|---|
| HOWARD WAYNE FINCH, |  |
|    Plaintiff, |  |
| v. | Adversary No. 3:18-ap-90082 |
| NATIONSTAR MORTGAGE LLC and CENTEX HOME EQUITY LOAN TRUST 2002-A, |  |
|    Defendants. |  |

## AGREED ORDER EXTENDING DEADLINES AND CONTINUING HEARING ON MOTION TO DISMISS

This matter is before the Court on the Parties' Joint Extend Deadlines Regarding Defendants' Motion to Dismiss. The Court finds that good cause has been shown, and the Motion is hereby **GRANTED**. The following deadlines and hearing date, set forth in the Pretrial Order [Doc. 27] are amended as follows:

1) April 18, 2019 – deadline for Plaintiff to file Response to Motion to Dismiss;

2) April 26, 2019 – deadline for Defendants to file Reply to Response to Motion to Dismiss; and

1

3) May 7, 2019, at 9:30am – hearing on Motion to Dismiss, Courtroom Three, Customs House, 701 Broadway, Nashville, Tennessee 37203. This shall be the final extension of the response deadline.

### # # #

**CONSENTED TO:**

| | |
|---|---|
| */s/ Bret J. Chaness* | */s/ Keith D. Slocum (by BJC w/ permission)* |
| BRET J. CHANESS (BPR# 31643) | KEITH D. SLOCUM (BPR # 23024) |
| **RUBIN LUBLIN TN, PLLC** | **HARLAN, SLOCUM & QUILLEN** |
| 3145 Avalon Ridge Place, Suite 100 | 39B Public Square |
| Peachtree Corners, GA 30071 | P.O. Box 949 |
| (678) 281-2730 (Telephone) | Columbia, TN 38402 |
| (404) 921-9016 (Facsimile) | (931) 381-0660 (Telephone) |
| bchaness@rubinlublin.com | keith@robertharlan.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.